UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00093-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DANIEL T. VOGT,

     Defendant.

## ORDER

     This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

     ORDERED that all pretrial motions shall be filed by **Friday, May 13, 2011,** and responses to these motions shall be filed by **Tuesday, May 24, 2011.**  It is

     FURTHER ORDERED that a 2-day jury trial is set to commence on **Monday, June 6, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

     ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference needs to be set.

     Dated this 5th day of April, 2011.

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     WILEY Y. DANIEL
                                     CHIEF UNITED STATES DISTRICT JUDGE