UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00093-WYD

UNITED STATES OF AMERICA,

	Plaintiff,

v.

1.  DANIEL T. VOGT,

	Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

	A Notice of Disposition and Motion Requesting Change of Plea Hearing was received in the above captioned matter on May 18, 2011.  The Motion Requesting Change of Plea Hearing is **GRANTED**.  A Change of Plea Hearing is **SET** for **Thursday, August 18, 2011, at 9:00 a.m.**  The 2-day jury trial set to commence on Monday, June 6, 2011 is **VACATED.**

	**Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

	Dated:  May 18, 2011