UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00093-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANIEL T. VOGT,

    Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss (ECF Doc. #48), filed September 12, 2011, is **GRANTED.**  It is further

ORDERED that Count Two of the Indictment be dismissed as to the defendant.

Dated:  October 27, 2011.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE