IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00093-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANIEL T. VOGT,

    Defendant.

ORDER FOR TIME SERVED

PURSUANT to and in accordance with the Final Hearing Re: Revocation of Supervised Release held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on July 7, 2015, it is hereby

ORDERED that Defendant Daniel T. Vogt is sentenced to **TIME SERVED.**

Dated:  July 7, 2015.

    BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE